AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Dylan Cornell<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00132<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 4/12/2024<br>Description: COMPLAINT W/ARREST WARRAN |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Dylan Cornell                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ☒ Complaint

❒ Probation Violation Petition        ❒ Supervised Release Violation Petition        ❒ Violation Notice        ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.


Date:  _____04/12/2024_____                                    **Zia M. Faruqui**
                                                          _____
                                                          *Issuing officer's signature*

City and state:        Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                          *Printed name and title*

---

| Return |
|---|

This warrant was received on *(date)*  4/12/2024 , and the person was arrested on *(date)*  4/18/2024
at *(city and state)*  Carrollton, GA            .

Date:  4/19/2024                                         _____
                                                          *Arresting officer's signature*

                                                          Special Agent Marcus McCain
                                                          *Printed name and title*