AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lance Wisham<br><br>_____<br>*Defendant* | ) Case: 1:24-mj-00132<br>) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 4/12/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Lance Wisham                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      04/12/2024                                                    Zia M. Faruqui
                                                                        _____
                                                                        *Issuing officer's signature*

City and state:      Washington, D.C.                         Zia M. Faruqui, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/12/24 , and the person was arrested on *(date)* 4/17/24<br>at *(city and state)* Columbus, GA .<br><br>Date: 4/17/24                              _____<br>                                                    *Arresting officer's signature*<br><br>                                                    Christian Corona Couzer, Special Agent - FBI<br>                                                    *Printed name and title* |

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lance Wisham, (DOB: ▮▮▮▮)<br>Dylan Cornell, (DOB: ▮▮▮▮)<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00132<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 4/12/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,<br>18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,<br>40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and<br>40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____04/12/2024____

_____
Zia M. Faruqui
*Judge's signature*

City and state: _____Washington, D.C._____

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**STATEMENT OF FACTS**

1. Your affiant, ▇▇▇▇▇▇▇▇, is a Special Agent assigned to the Federal Bureau of Investigation (FBI). In my duties as a special agent, I have conducted multiple criminal and counterterrorism investigations. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

2. The facts in this statement come from my review of the evidence, my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Except as explicitly set forth below, I have not distinguished in this statement between facts of which I have personal knowledge and facts of which I have hearsay knowledge. This statement is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**BACKGROUND**

3. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

4. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

5. As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

1

7. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

8. During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## IDENTIFICATION OF LANCE WISHAM

9. On January 7, 2021, an individual ("Person 1"), who had been "Facebook friends" with LANCE WISHAM and knew him for over five years, contacted the FBI to report that WISHAM of Columbus, Georgia had "stormed" the U.S. Capitol on January 6, 2021 and documented it on his Facebook social media account (the "Wisham Account"). The Wisham Account was public at the time. Subsequent legal process confirmed the Wisham Account belonged to LANCE WISHAM of Columbus, Georgia.

10. An FBI agent showed Person 1 the below referenced photos of an individual inside the Capitol Building on January 6, 2021 and Person 1 identified the person depicted as LANCE WISHAM.



11. Based on information lawfully obtained from Facebook, I learned the following: On December 20, 2020, WISHAM began posting messages like, "Jan. 6, DC baby! Who's coming with me!!!!!???" indicating his intent to travel to Washington, D.C., on January 6, 2021, to protest the results of the 2020 Presidential election. From January 4, 2021, through January 6, 2021, WISHAM exchanged messages with an account in the name of DYLAN CORNELL ("the

2

Cornell Account") to discuss WISHAM and CORNELL traveling by car together to Washington, D.C. The Wisham Account messaged the Cornell Account, "I believe some really big things are going to go down on the 6th. This is a once in SEVERAL life times kinda thing." The last series of such messages ending with the Cornell Account providing his address in Atlanta, Georgia, which is north of Columbus, Georgia and the Wisham Account sending a message to the Cornell Account stating "we're outside." Therefore, I believe that, on January 6, 2021, WISHAM drove to CORNELL's address and the two traveled together to Washington, D.C.

12. According to information lawfully obtained from Facebook, on January 6, 2021, in and around the time of the events described in paragraphs 4-7, the Wisham Account was identified as having been utilized within a geographic area that includes the interior of the United States Capitol building.

13. On January 6, 2021, the below referenced picture, Image 1, from inside the U.S. Capitol, was posted using the Wisham Account. Information lawfully obtained from Facebook indicates that this photograph was posted from a latitude 38.889780555556 and longitude of -77.009055555556, which corresponds to the interior of the Capitol Building.



*Image 1*

## IDENTIFICATION OF DYLAN CORNELL

14. On January 10, 2021, an individual ("Person 2") contacted the FBI to report that the Cornell Account had posted three videos from the U.S. Capitol. According to records obtained through

GAMD 9

a search warrant which was served on Facebook, the vanity name for the Cornell Account was dylan.cornell.77. The Cornell Account was linked to phone number +1-XXX-XXX-2073 ("the 2073 number"). Pursuant to legal process for records associated with the 2073 number, the listed subscriber was DYLAN CORNELL's mother.

15. On January 9, 2021, the Cornell Account posted comments such as, "They truly just backed off and let everyone into the building" and "It was suppose to happen; the police just pulled back and let/waved people in at one point!" on January 9, 2021. The Cornell Account also posted several videos taken from outside the Capitol Building and one taken while inside Capitol Building.

16. According to records obtained through a search warrant which was served on Facebook, on January 6, 2021, in and around the time of the events described in paragraphs 4-7, the Cornell Account was identified as having been utilized within a geographic area that includes the interior of the United States Capitol building

17. An FBI agent interviewed an individual ("Person 3") who knew CORNELL profesionally. Person 3 identified the person depicted in the images below as DYLAN CORNELL. Person 3 told the agent that, shortly after January 6, 2021, Person 3 had discussed the riot at the Capitol with CORNELL and CORNELL indicated that Capitol Police had "let them in."

## LANCE WISHAM AND DYLAN CORNELL CONDUCT ON JANUARY 6, 2021

18. At approximately 3:12 p.m., WISHAM and CORNELL entered the Capitol Building through the Senate Wing Door. WISHAM is indicated below with the red arrow. CORNELL is indicated below the yellow arrow.



*Image 2*

4



*Image 3*



*Image 4*

GAMD 11

19. At approximately 3:14 p.m., WISHAM and CORNELL headed south down a hallway within the U.S. Capitol, and were out of view for approximately three (3) minutes. CORNELL posted a video to Facebook, which depicted WISHAM from CORNELL's vantage point, as they collectively walked down a hallway inside the Capitol building.



*Image 5*

20. At approximately 3:18 p.m., WISHAM and CORNELL exited the U.S. Capitol.



*Image 6*

6



*Image 7*

21. On January 11, 2021, the Wisham Account posted the following reply to a Facebook comment "they been snitching me out for the last 4 days man. I didn't do anything that was illegal. I didn't breach any areas of the capital [sic] that were closed off, I didn't cause any violence. Didn't cross any police lines….."

22. The Wisham Account also made multiple postings claiming the police were not stopping anyone from entering and moving around inside the Capitol building and admitting to being inside the U.S. Capitol, including, "It was really strange though bc they had only one hallway area open that they were literally letting people in to walk through while guarding off all other doorways and corridors," and "[i]n several areas of the capital [sic], the police opened the doors and allowed people in. They openly allowed access to specific areas and were literally inviting people in and standing around and having conversations with people as they would walk by. The closest thing I can compare it to was the Washington Trip field trip in 6th grade. At this point in the incident, it was literally like a guided field trip. I've already posted pics and video showing these things. I actually have A LOT more but I'm not making them public at the moment for specific reasons."

23. Based on the foregoing, your affiant submits that there is probable cause to believe that LANCE WISHAM and DYLAN CORNELL violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the

7

Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

24. Your affiant submits there is also probable cause to believe that LANCE WISHAM and DYLAN CORNELL violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of April 2024.

Zia M. Faruqui

_____

HON. ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

GAMD 14

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:24-mj-00132<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 4/12/2024<br>Description: COMPLAINT W/ARREST WARRANT |

<table>
<tr><td><b>UNITED STATES OF AMERICA</b></td><td>:</td><td></td></tr>
<tr><td></td><td>:</td><td></td></tr>
<tr><td align="center"><b>v.</b></td><td>:</td><td><b>VIOLATIONS:</b></td></tr>
<tr><td></td><td>:</td><td><b>18 U.S.C. § 1752(a)(1)- Entering and</b></td></tr>
<tr><td><b>LANCE WISHAM</b></td><td>:</td><td><b>Remaining in a Restricted Building or</b></td></tr>
<tr><td><b>DYLAN CORNELL</b></td><td>:</td><td><b>Grounds</b></td></tr>
<tr><td align="right"><b>Defendant.</b></td><td>:</td><td><b>18 U.S.C. § 1752(a)(2)- Disorderly and</b></td></tr>
<tr><td></td><td>:</td><td><b>Disruptive Conduct in a Restricted</b></td></tr>
<tr><td></td><td>:</td><td><b>Building or Grounds</b></td></tr>
<tr><td></td><td>:</td><td><b>40 U.S.C. § 5104(e)(2)(D)- Disorderly</b></td></tr>
<tr><td></td><td>:</td><td><b>Conduct in a Capitol Building, and</b></td></tr>
<tr><td></td><td>:</td><td><b>40 U.S.C. § 5104(e)(2)(G)- Parading,</b></td></tr>
<tr><td></td><td>:</td><td><b>Picketing, and Demonstrating in a Capitol</b></td></tr>
<tr><td></td><td>:</td><td><b>Building</b></td></tr>
</table>

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:    April 12, 2024

_Zia M. Faruqui_

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES OF AMERICA
           Plaintiff

v.                                       Case No. 4:24−mj−00025−MSH *SEALED*

LANCE WISHAM
           Defendant.

## ORDER APPOINTING COUNSEL

       Upon consideration of the above−named defendant's request for appointment of legal counsel, and upon review of the Financial Affidavit submitted, the undersigned has determined that the defendant is financially unable to obtain adequate legal representation, requiring the Court to provide counsel pursuant to the provisions of the Criminal Justice Act of 1964. 18 U.S.C. § 3006A *et seq.*

       Accordingly, the ***Federal Defenders of the Middle District of Georgia, Inc.,*** is appointed to represent the legal interests of the defendant.

       Pursuant to 28 U.S.C. § 1827, the Administrative Office of the United States Courts tests and certifies English to Spanish interpreters qualified to serve in the United States district courts. When there are no certified interpreters reasonably available, the Clerk secures the services of otherwise qualified interpreters as approved by the court.

       It is the responsibility of defense attorneys in criminal cases, whether retained or court appointed counsel, to notify the court of the need for an interpreter before each conference, hearing or trial. Specifically, the defense counsel will either telephone or email the courtroom deputy for the magistrate judge or district judge who will be conducting the proceeding. This notice must be given to the courtroom deputy at least 48 hours in advance of any hearings and at least 30 days in advance of trial. Defense counsel should provide substantial additional notice if the non−English speaking defendant speaks a language other than Spanish.

       Counsel are advised not to file motions for appointment of interpreters.

       SO ORDERED AND DIRECTED The 15th of April 2024.

                                  s/ STEPHEN HYLES
                                  US MAGISTRATE JUDGE

GAMD 16

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

United States of America  )
v.  )
  )    Case No.  4:24-mj-25-●01-MSH (SEALED)
LANCE WISHAM  )
  )
*Defendant*  )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    as directed

*Place*

on

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

GAMD 23

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization

Address *(only if above is an organization)*

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____

Custodian Date

( ☐ ) (7) The defendant must:

( ☐ ) (a) submit to supervision by and report for supervision to the _____

telephone number _____ , no later than _____

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☐ ) (d) surrender any passport to: _____

( ☐ ) (e) not obtain a passport or other international travel document.

( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: _____

( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at \_\_\_\_\_ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed: _____

GAMD 24

## ADDITIONAL CONDITIONS OF RELEASE

      ( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or

      ( ☐ ) (ii)    Voice Recognition; or

      ( ☐ ) (iii)   Radio Frequency; or

      ( ☐ ) (iv)   GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

_____

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

COLUMBUS GA.
_____
*City and State*

## Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   4/17/2024                                      s/ Stephen Hyles
_____
                                                        *Judicial Officer's Signature*

                                        STEPHEN HYLES, U.S. MAGISTRATE JUDGE
                                        _____
                                                        *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

GAMD 26

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:24-mj-25-001-MSH (SEALED) |
| ) | |
| LANCE WISHAM ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ LANCE WISHAM _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;

    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☐ ) (1)  This is a personal recognizance bond.

( ☒ ) (2)  This is an unsecured bond of $  $10,000.00  .

( ☐ ) (3)  This is a secured bond of $ _____ , secured by:

    ( ☐ )  (a) $ _____ , in cash deposited with the court.

    ( ☐ )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)      all owners of the property securing this appearance bond are included on the bond;

(2)      the property is not subject to claims, except as described above; and

(3)      I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date:     4/17/2024

*Defendant's signature*

| | |
|---|---|
| *Surety/property owner – printed name* | *Surety/property owner – signature and date* |
| *Surety/property owner – printed name* | *Surety/property owner – signature and date* |
| *Surety/property owner – printed name* | *Surety/property owner – signature and date* |

CLERK OF COURT

Date:     4/17/2024

*Signature of Clerk or Deputy Clerk*

Approved.

Date:     4/17/2024

s/ Stephen Hyles, U.S. Magistrate Judge

*Judge's signature*

SEALED CASE

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Columbus)
# CRIMINAL DOCKET FOR CASE #: <u>4:24–mj–00025–MSH</u>–1 *SEALED*

---

Case title: USA v. SEALED

Other court case number:  1:24–mj–132–JZF DISTRICT OF
                          COLUMBIA

Date Filed: 04/15/2024

Date Terminated: 04/19/2024

---

Assigned to: US MAGISTRATE
JUDGE STEPHEN HYLES

**<u>Defendant (1)</u>**

**LANCE WISHAM**
*TERMINATED: 04/19/2024*

represented by **FEDERAL DEFENDERS MIDDLE DISTRICT
OF GEORGIA INC**
440 MARTIN LUTHER KING JR BLVD STE 400
MACON, GA 31201
478–743–4747
Fax: 478–207–3419
Email: GAM_MAC_ECF@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**<u>Pending Counts</u>**                                    **<u>Disposition</u>**

None

**<u>Highest Offense Level
(Opening)</u>**

None

**<u>Terminated Counts</u>**                                 **<u>Disposition</u>**

None

**<u>Highest Offense Level
(Terminated)</u>**

None

**<u>Complaints</u>**                                        **<u>Disposition</u>**

18 USC 1752(a)(1) Knowingly
entering or remaining in any
restricted building or grounds

without lawful authority

---

**Plaintiff**

**UNITED STATES OF AMERICA**            represented by    **CHRISTOPHER WILLIAMS**
UNITED STATES ATTORNEYS
OFFICE
1246 FIRST AVENUE
COLUMBUS, GA 31901
(706) 649–7700
Fax: (706) 649–7667
Email: Christopher.Williams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/15/2024 | 1 | 4 | Rule 5 Documents Received as to LANCE WISHAM – Charging District: District of Columbia, Case 1:24mj132(ZMF) (Sealed). (Attachments: # 1 Criminal Complaint – Redacted, # 2 Affidavit – Redacted, # 3 Order sealing case)(tlp) (Entered: 04/15/2024) |
| 04/15/2024 | 2 | 16 | **_ORDER_** appointing Federal Defenders of the Middle District of Georgia, Inc., to represent LANCE WISHAM. Ordered by US MAGISTRATE JUDGE STEPHEN HYLES on 4/15/2024. (tlp) (Entered: 04/15/2024) |
| 04/15/2024 | | 17 | Initial Appearance – Rule 5 and related proceedings set for 4/17/2024 11:00 AM in Columbus before US MAGISTRATE JUDGE STEPHEN HYLES.<br><br>NOTICE OF **<span style="color:red">SETTING</span>** HEARING as to LANCE WISHAM. (tlp) (Entered: 04/15/2024) |
| 04/17/2024 | | 19 | Arrest Rule 5 of LANCE WISHAM (tlp) (Entered: 04/17/2024) |
| 04/17/2024 | 3 | 21 | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US MAGISTRATE JUDGE STEPHEN HYLES:Initial Appearance in Rule 5 Proceedings as to LANCE WISHAM held on 4/17/2024. AUSA Chris Williams for the Government; Michael Simpkins, Assistant Federal Defender, for the Defendant. Defendant advised of charges, rights, and maximum penalties. Defendant to be released on $10,000 Unsecured bond. Charging district set a virtual initial appearance for 4/25/2024; Attorney Simpkins to assist Defendant with connecting to virtual hearing. [Peter Martin, USPO; Terrie Potts, Courtroom Deputy] Court Reporter: FTR GOLD.Time in Court: 11:06–11:12. (tlp) (Entered: 04/17/2024) |
| 04/17/2024 | 4 | 23 | **_ORDER_** Setting Conditions of Release as to LANCE WISHAM (1) 10,000 Unsecured. Ordered by US MAGISTRATE JUDGE STEPHEN HYLES on 4/17/2024. (tlp) (Entered: 04/17/2024) |
| 04/17/2024 | 5 | 27 | UNSECURED Bond Entered as to LANCE WISHAM in amount of $10,000 (tlp) (Entered: 04/17/2024) |

| 04/22/2024 | 6 | 29 | CJA 23 Financial Affidavit by LANCE WISHAM (tlp) (Entered: 04/22/2024) |